# *Mark M. Heatwole*

**5651 West Camino Cielo**

**Santa Barbara, CA 93105**

Honorable Jeffrey R. Hughes                                                                                November 5, 2012

United States Bankruptcy Court

Western District of Michigan

1 Division Ave. N

Grand Rapids, MI 49503

Re: **In re Priva Technologies, Inc., et al., Debtors;** **United States Bankruptcy Court, Western District of Michigan, Case No. 1-12574, Hon. Jeffrey R. Hughes**

Dear Judge Hughes:

      The purpose of this letter is to advise you that, in accordance with your order permitting me to attend the status conference in the above-referenced matter last Thursday via conference call, I did make arrangements through Court Conference to so attend. However, when I called in to Court Conference 15 minutes in advance of the 1:00 pm scheduled time it took them 10 minutes to make the connection by which time you had already called the case. When they did finally place me into the call it was in a "listen only" mode instead of the "live" mode I had requested. For about 2-3 minutes I was able to hear your discussion with Mr. Sgroi, Priva's counsel, at which point Court Conference broke off the call. By the time they got their issue resolved and tried to place me back into the call you had called the next case. Court Conference then offered to have the Priva matter "recalled", a suggestion that I declined to avoid burdening your calendar further.

      I want to thank you for the opportunity to attend the status conference by phone. I would also appreciate the opportunity to attend any future status or discovery conferences by phone. However, in light of the difficulties I experienced with Court Conference last week, it is certainly my intent to attend the hearing on this matter in person.

Sincerely,

Mark M. Heatwole

cc: Mr. Joseph R. Sgroi

FILED 2012 NOV -7 AM 9:55 DANIEL M. LAVILLE, CLERK U.S. BANKRUPTCY COURT WEST DIST OF MICH